UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, <u>on behalf of himself and all other persons similarly situated</u>,

                 Plaintiff,

  -v-

O PLUFF & COMPANY LLC,

                 Defendant.

CIVIL ACTION NO. 24 Civ. 6228 (DEH) (SLC)

<u>ORDER</u>

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred for general pretrial supervision. (ECF No. 5). On August 16, 2024, Plaintiff filed the Complaint. (ECF No. 1). On October 2, 2024, Defendant waived service. (ECF No. 7). The deadline for Defendant to respond to the Complaint was November 25, 2024. Defendant has not appeared in this case nor responded to the Complaint.

Accordingly, on or before **December 6, 2024**, Plaintiff shall initiate default judgment proceedings against Defendant. Plaintiff is referred to Section 4.h. of the Honorable Dale E. Ho's <u>Individual Rules and Practices In Civil Cases</u>.

Dated:     New York, New York
            November 26, 2024

                                              SO ORDERED.

                                              */s/ Sarah L. Cave*
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**