GOTTLIEB & ASSOCIATES PLLC
ATTORNEYS
150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

November 26, 2024

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

***Re:*** *Knowles v. O Pluff & Company LLC*
Case No.: 1:24-cv-6228

Dear Judge Ho,

The undersigned represents Carlton Knowles ("Plaintiff") in the above referenced matter against Defendant, O Pluff & Company LLC, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: All counsel of record via ECF